# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Todd Nicholson, individually and on behalf of all others similarly situated
    Plaintiff(s),

v.

REI Energy, LLC, a limited liability company
    Defendant(s).

Civil Case No. 3:18-cv-00203

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Stefan Coleman** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: **Coleman** (Last Name) **Stefan** (First Name) **L** (MI) (Suffix)
Firm or Business Affiliation: Law Offices of Stefan Coleman, P.A.
Mailing Address: 1072 Madison Ave. Suite 1
City: Lakewood   State: New Jersey   Zip: 08701
Phone Number: (877) 333-9427   Fax Number: (888) 498-8946
Business E-mail Address: law@stefancoleman.com

**(2)    BAR ADMISSIONS INFORMATION:**

(a)    State bar admission(s), date(s) of admission, and bar ID number(s):
See attachment

(b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attachment

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Todd Nicholson, individually and on behalf of all others similarly situated.

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 7th day of February, 2018

*Stefan Coleman*
*(Signature of Pro Hac Counsel)*

Stefan Coleman
*(Typed Name)*

**U.S. District Court–Oregon**                               **Application for Special Admission - *Pro Hac Vice***
Revised April 27, 2017                                                                          Page 2 of 3

Doc ID: cf14226da6dacd3bc681e579640f594586b9d50e

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 7th day of February, 2018

/S/ KEVIN CHAMES
*(Signature of Local Counsel)*

Name: Chames, Kevin
  *(Last Name)    (First Name)    (MI)    (Suffix)*
Oregon State Bar Number: 870300
Firm or Business Affiliation: Kevin Chames Attorney at Law
Mailing Address: 4150 N. Suttle Road
City: Portland    State: Oregon    Zip: 97217
Phone Number: 503-939-3933    Business E-mail Address: kevin.chames1@gmail.c

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**U.S. District Court–Oregon**  **Application for Special Admission - *Pro Hac Vice***
Revised April 27, 2017    Page 3 of 3

Doc ID: cf14226da6dacd3bc681e579640f594586b9d50e

Attachment

State Court and District Court Admissions

**State Court Admissions**
Florida Supreme Court 10/9/2006
New Jersey State Court 6/1/2009
New York State Court 6/23/2009

**District Court Admissions**
Southern District of Florida 3/15/2010
Middle District of Florida 7/15/2009
Northern District of Florida 7/10/2009
Southern District of New York 7/24/2009
Northern District of New York 7/31/2009
Western District of New York 7/29/2009
New Jersey District Court 6/1/2009
Colorado District Court 7/2/2009
Central District of Illinois 7/30/2009
Northern District of Illinois 7/10/2009
Southern District of Illinois 7/29/2009
Northern District of Texas 8/17/2009
District Court of Nebraska 7/10/2009
Western District of Michigan 7/29/2009
Eastern District of Wisconsin 7/9/2009
Wisconsin Western District Court 6/16/2016