## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Civil Case No. <u>3:18-cv-00203-HZ</u>

TODD NICHOLSON
_____
        **Plaintiff(s),**

**v.**

REI ENERGY, LLC
_____
        **Defendant(s).**

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney <u>Jessica L. Spaniol</u> requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)**    **PERSONAL DATA:**

Name: <u>Spaniol</u>    <u>Jessica</u>    <u>L</u>
        *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Firm or Business Affiliation: <u>Munck Wilson Mandala, LLP</u>

Mailing Address: <u>600 Banner Place, 12770 Coit Road</u>

City: <u>Dallas</u>    State: <u>Texas</u>    Zip: <u>75251</u>

Phone Number: <u>(972) 628-4528</u>    Fax Number: <u>(972) 628-3616</u>

Business E-mail Address: <u>jspaniol@munckwilson.com</u>

**(2)**    **BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

        State Bar of Texas, admitted May 5, 2010

        Louisiana State Bar, admitted October 23, 2008

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        * See attachment (page 4)

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

    Defendant, REI Energy, LLC

**(6)**    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___28th___ day of ___February___, ___2018___

        /s/ Jessica L. Spaniol

        *(Signature of Pro Hac Counsel)*

        Jessica L. Spaniol

        *(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1.  To associate with local counsel, obtain the signature of local counsel in the following section.  To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐    I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___1st___ day of ___March___, ___2018___

/s/ Joel A. Parker

*(Signature of Local Counsel)*

Name: ___Parker___          ___Joel___          ___A.___

      *(Last Name)*          *(First Name)*          *(MI)*          *(Suffix)*

Oregon State Bar Number: ___001633___

Firm or Business Affiliation: ___Schwabe, Williamson & Wyatt, P.C.___

Mailing Address: ___1211 SW Fifth Avenue, Suite 1900___

City: ___Portland___          State: ___Oregon___     Zip: ___97204___

Phone Number: ___(503) 796-2975___          Business E-mail Address: ___jparker@schwabe.com___

---

**COURT ACTION**

---

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

* Attachment

| |
|---|
| Northern District of Texas – Admitted September 29, 2010 |
| Southern District of Texas – Admitted December 7, 2010 |
| Eastern District of Texas – Admitted September 20, 2010 |
| Western District of Texas – Admitted March 2, 2011 |
| U.S. Court of Appeals for the Federal Circuit – Admitted January 31, 2017 |