**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Civil Case No. 3:18-cv-00203-HZ

TODD NICHOLSON

    **Plaintiff(s),**

v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

REI ENERGY LLC

    **Defendant(s).**

Attorney Walter A. Herring requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: Herring, Walter, A.
*(Last Name)  (First Name)  (MI)  (Suffix)*

Firm or Business Affiliation: Munck Wilson Mandala, LLP

Mailing Address: 600 Banner Place, 12770 Coit Road

City: Dallas    State: TX    Zip: 75251

Phone Number: (972) 628-4515    Fax Number: (972) 628-3616

Business E-mail Address: wherring@munckwilson.com

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):

        Texas Bar No. 09535300, admitted November 2, 1984.

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):

        * See attachment (page 4)

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Defendant, REI Energy, LLC

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this   28th   day of   February  ,  2018.

                                          s/ Walter A. Herring
                                          *(Signature of Pro Hac Counsel)*

                                          Walter A. Herring
                                          *(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1.  To associate with local counsel, obtain the signature of local counsel in the following section.  To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  1st  day of  March , 2018

s/ Joel A. Parker
*(Signature of Local Counsel)*

Name: Parker    Joel    A.
*(Last Name)    (First Name)    (MI)    (Suffix)*

Oregon State Bar Number: 001633
Firm or Business Affiliation: Schwabe, Williamson & Wyatt, P.C.
Mailing Address: 1211 SW Fifth Avenue, Suite 1900
City: Portland    State: OR    Zip: 97204
Phone Number: (503) 796-2975    Business E-mail Address: jparker@schwabe.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

*Attachment

| |
|---|
| Northern District of Texas – Admitted November 20, 1990 |
| Southern District of Texas – Admitted September 16, 2010 |
| Eastern District of Texas – Admitted January 6, 2000 |
| Western District of Texas – Admitted August 1, 2011 |
| Supreme Court of Texas – Admitted November 2, 1984 |
| 5th Circuit Court of Appeals  – Admitted May 14, 2013 |