# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Civil Case No. 3:18-cv-00203-HZ

TODD NICHOLSON

    **Plaintiff(s),**

**v.**

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

REI ENERGY, LLC

    **Defendant(s).**

Attorney **Ignacio J. Hiraldo** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name: Hiraldo (Last Name), Ignacio (First Name), J (MI), (Suffix)

Firm or Business Affiliation: IJH LAW

Mailing Address: 14 NE 1st Ave 10th Floor

City: Miami   State: FL   Zip: 33132

Phone Number: 786-351-8709   Fax Number:

Business E-mail Address: ijhiraldo@ijhlaw.com

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Florida Bar, admitted 09/29/2008, 56031
DC Bar, admitted 7/10/2009, 988986

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
* See attachment (page 4)

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Todd Nicholson

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 20th day of March, 2018

/s/ Ignacio J. Hiraldo
*(Signature of Pro Hac Counsel)*

Ignacio J. Hiraldo
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this __20th__ day of __March__, __2018__

_____
*(Signature of Local Counsel)*

Name: __Chames__ __Kevin__ __B.__ ____
    *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: __870300__

Firm or Business Affiliation: __Kevin Chames Attorney at Law__

Mailing Address: __4150 N Suttle Rd__

City: __Portland__    State: __Oregon__    Zip: __97217__

Phone Number: __(503) 939-3933__    Business E-mail Address: __kevin.chames1@gmail.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

\* Attachment

| |
|---|
| Southern District of Florida - Admitted 4/17/2014 |
| Middle District of Florida – Admitted 2/14/2018 |
| District Court for DC -- Admitted 7/11/2016 |
| |